IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WILLIAM BEATTIE, <br><br> Defendant. | Case No. 2:15-cr-63 <br><br> **STIPULATION FOR RESTITUION** |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Jennifer Klemetsrud Puhl, Assistant United States Attorney, together with the Defendant, Robert William Beattie, and his attorney, Peter Welte, ("the parties") stipulate and agree as follows:

1.    On March 28, 2016, Robert William Beattie (Defendant) was convicted of Receipt and Distribution of Materials Containing Child Pornography under 18 U.S.C. § 2252A(a)(2)(A) and 2252A(b)(1) and one count of Possession of Materials Containing Child Pornography under 18 U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2).

2.    The parties agree that Defendant shall pay restitution in the sum of ten thousand and no/100s dollars ($10,000.00) in this case. The restitution shall be divided and paid to the victims as follows:

    a.    $2,000.00 to the victim in the "At School" series and forwarded to: Carol L. Hepburn, f/b/o "Violet," 200 1st Ave W, Suite 550, Seattle, WA 98119;

    b.    $1,000.00 to the victim in the "Angela" series and forwarded to: Lenahan Law, P.L.L.C., f/b/o Angela, 2655 Villa Creek, Suite 222, Dallas, TX  75234;

    c.    $2,000.00 to the victims in the "BluesPink" series and forwarded to: Marsh Law Firm, P. O. Box 4668 #65135, New York, NY  10163-4668, with payments made payable to "The Marsh Law Firm PLLP in trust for Erin and Fiona."

    d.    $2,000.00 to the victim in the "Jan_Socks" series and forwarded to: Carol L. Hepburn, f/b/o "Savannah," 200 1st Ave W, Suite 550, Seattle, WA  98119;

    e.    $2,000.00 to the victim in the "Marineland" series and forwarded to: Carol L. Hepburn, f/b/o "Sarah," 200 1st Ave W, Suite 550, Seattle, WA  98119; and,

    f.    $1,000.00 to the victim in the "Vicky" series and forwarded to: Carol L. Hepburn, f/b/o "Vicky," 200 1st Ave W, Suite 550, Seattle, WA  98119.

3.    The restitution shall be due and payable immediately.  Restitution payments shall be made payable to the Clerk of Court, United States District Court, 655 1st Avenue North, Suite 130, Fargo, ND  58102.

Dated this  12th  day of July, 2016.

                                                                    ROBERT WILLIAM BEATTIE, Defendant

Dated this 12 day of July, 2016.

                                        PETER D. WELTE
                                        Vogel Law Firm
                                        3351 32nd Ave S Suite C
                                        P. O. Box 6367
                                        Grand Forks, ND  58201
                                        701-203-8760
                                        Email: pwelte@vogellaw.com
                                        Attorney for Defendant

Dated this 12 day of July, 2016.

                                        CHRISTOPHER C. MYERS
                                        United States Attorney

By:
                                        JENNIFER KLEMETSRUD PUHL
                                        Assistant United States Attorney
                                        Quentin N. Burdick United States Courthouse
                                        655 First Avenue North - Suite 250
                                        Fargo, ND  58102-4932
                                        (701) 297-7400
                                        ND Bar Board ID No. 05672
                                        Jennifer.Puhl@usdoj.gov
                                        Attorney for United States